UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Alexander Reents
                                Plaintiff,

v.                                                             Case No.: 1:21−cv−06235
                                                              Honorable Manish S. Shah

Tax Advocate Group, LLC
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 25, 2022:

       MINUTE entry before the Honorable Manish S. Shah: The motion to compel [19] is denied without prejudice to renewal if defendant does not come into compliance or if the parties are unable to resolve the motion through continued discussions. The court accepts defendant's representation that recent events have made document retrieval more difficult. Defendant concedes the relevance of plaintiff's requests. The parties should continue to confer. Defendant must file a status report confirming its efforts to comply with discovery by 11/17/22. Fact discovery closes 2/21/23. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.