UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALEXANDER REENTS, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>TAX ADVOCATE GROUP, LLC,<br><br>    Defendant. | Case No. 1:21-cv-06235<br><br>Honorable Manish S. Shah |

**NOTICE OF SETTLEMENT**

The parties to this action, following a second mediation session with Hon. David E. Jones (Ret.), have reached a settlement that provides for this case to be dismissed (i) with prejudice as to Plaintiff's individual claims, and (ii) without prejudice as to the class allegations. *See* Judge Virginia A. Phillips, et al., Rutter Group Prac. Guide Fed. Civ. Pro. Before Trial Ch. 10-C ¶ 10:790 (2022 ed.) ("Cases filed as purported class actions often settle *without having been certified* as such. The settlement agreement may provide only for the named plaintiffs' individual claims and require the class action allegations to be dismissed without prejudice. There is no requirement of judicial approval for precertification dispositions. The reason is that absent class members generally have no notice of uncertified class actions and therefore cannot be bound or deemed to have relied thereon.") (emphasis in original) (citing Adv. Comm. Notes to 2003 Amendments to Fed. R. Civ. P. 23).

    ///

    ///

    ///

Pending the occurrence of certain conditions precedent, the parties expect to file a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) no later than December 30, 2022.

DATED: November 10, 2022					Respectfully submitted,

By:	*/s/ Kevin J. Cole*
	Kevin J. Cole, Esq.
	KJC LAW GROUP, A.P.C.
	9701 Wilshire Blvd., Suite 1000
	Beverly Hills, CA 90212
	Telephone: (310) 861-7797
	Facsimile: (818) 994-9200
	e-Mail: kevin@kjclawgroup.com

	*Attorneys for Defendant*


	*/s/ Anthony I. Paronich*
	Anthony I. Paronich, Esq.
	PARONICH LAW, P.C.
	350 Lincoln Street, Suite 2400
	Hingham, MA 02043
	Telephone: (508) 221-1510
	e-Mail: anthony@paronichlaw.com

	*Attorneys for Plaintiff*